

FILED
FIRST JUDICIAL
DISTRICT COURT

2016 JUL -6 PM 3:49

First JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO

COUNTY OF Santa Fe.

Victor Andrew Apodaca SR.,
Plaintiff,

v.

CIVIL NO # D-101-CV-2016-01644

Warden R.C. Smith, N. Alaniz
Defendant(s), mrs. maldnado, mrs. STrub,
Mail Room Supervisor,
Steve madera Geo Group et. al.,

COMPLAINT
(TORT)

## I. NATURE OF THE ACTION

1. This is a tort suit authorized by the New Mexico Tort Claims Act, Chapter 41 N.M.S.A, by a corrections department prisoner who seeks damages for the following:

(a) Violation of Due process This right is based on First, Fifth and fourteenth Amendment, And Retaliation by a "Campaign of harassment." As All These are "protected Conducted "adverse action." and "Causal Connection" as part of my First Amendment rights.

## II. JURISDICTION

2. First District Court has jurisdiction in Tort actions pursuant to the New Mexico Tort Claims Act N.M.S.A. Chapter 41. a Notice of Claim was previously filed with the Risk Management Division pursuant to 41-4-16, N.M.S.A. (1978).

## III. PARTIES

3. The plaintiff is Victor Andrew Apodaca SR, a prisoner at the L.C.C.F. Hobbs new mexico.

4. Defendant(s) is(are) R.C. Smith & Steve madera et. al. and holds the office of Warden L.C.C.F. and mailroom Supervisor.

IV. FACTS

5. That as a prisoner I have a fundamental Constitutional right to use the Courts and its systems. This right is based on my First Amendment but also my Fifth and fourteenth Amendments under the Constitution I am in a Court battle with Corizon medical and new mexico Correctional Department I tired to address and petition the government for a redress of grivances" and under the fifth and fourteenth Amendments I have a right to "due process of law" under myers VS. Hundly, 101 F.3d 542 (8th cir. 1996) Bounds VS. Smith, 430 U.S. 817 (1977) Lewis VS. Casey, 518 US 343 (1996). the actual injury is my Claim of "impairment" of my legal claim I missed my deadline because of inadequate access" Coby VS weber, 256, F.3d 764 (8th cir 2001) And I believe I can also prove retaliation under a Claim of a "Campaign of harassment" Calhoun VS. Hargrove, 312 F.3d 730 (5th cir. 2002) As a "protected conduct" and "adverse action" and "causal connection" As the retatiation Started after February 2016 when I filed grievance and filed a 1983 on Geo Group R.C. Smith at that time my access to the Courts have been denied at every mailing even opening of my legal mail and Removing Evidence now Stealing Stamps off my envelopes So they won't be Sent out.

(Cont. #2)

As The Free Exercise Clause of the First Amendment protects my rights to follow the practices of my religion, like eating kosher meals, covering my head or praying at a certain time. Also under the Establish-ment Clause and the Fourteenth Amendment discriminate because of my Religion as R.F.R.A. and R.L.U.I.P. Act provides additional protection for all prisoner's: "equal protection under the law" in Cutter vs. Wilkinson, 544 U.S. 709 (2005) The Court held that facilities that accept federal funds cannot deny prisoners the necessary accomodations to engage in activities for the practice of their own religious beliefs.

4) First Amendment Claim:

The Free Exercise Clause of the First Amendment "mandates that prison authorities afford prisoners reasonable opportunities to exercise their sincerely held religious beliefs" Hammons vs. Saffle, 348 F.3d 1250, 1254 (10th Cir. 2003) (citing O'Lone vs. Estate of Shabazz, 482 U.S. 342, 348 (1987) "Reasonable" opport-unities must be evaluated within the context of the prison setting. See Sayed vs. Proffitt, 743 F.Supp. 2d 1217, 1223 (D.Colo. 2010). "Prison regulations or practices that infringe upon prisoners' constitutional rights are valid as long as they are reasonably related to legitimate penological interests" Id. Accordingly, "an inmate must show that the challenged action substantially burdened his sincerely-held religious beliefs: Id Accordingly cited kay vs. Bemis, 500 F3d 1214, 1218 (10th Cir. 2007) "To do so, the inmate must establish that (I) the beliefs at issue are religious and sincerely held and (II) that the restriction imposes a substantial burden to them see also Abdulhaseed vs. Calbone, 600 F.3d 1301, 1316 (10th Cir. 2010)

(Exhibit M) of Federal Court Action 1983 Case No. 1:15-CV-0061-LH -LH shows that there are policy's and procedures under New Mexico Correctional Department but warden R.C. Smith and Mrs. Maldrado & Mrs. Strub believe there idea's are above The Courts and Constitutional protected Religious Freedom As Such I would like the Court to have the Final Judgment as this is a very touchy subject.

(Exhibit P) will show that Mr. Apodaca is Holding a Degree in Theology

Facts (III)

(Exhibit P) Degree from Shalom Bible College and Honour and Recognition I was Awarded "Magna Cum LAUDE" I am also a licensed Evangelist by Promise Ministries Int'L. and was in Christian Studys Bachelor of Arts and Science pilot program "Seminary" Under the University of the South west as also on the Dean's list as a 4.0 Grade point Averge I also am not going to attend New Mexico Junior College as I am 24 credits from my Associate of Arts Degree in General Studies I'm also have 80+ Bible School certificates (not in Exhibits can send if needed) I am Currently working on my Master's of Theology and certifieds when finished as a Novethic Cousolor I am only 14 credits away I am also working on a Degree in Theology and Pastorial ministry ordain-tion at P.M.I. This is Ten Year's of dedicated service to YAHWAH. This is only shown that I have a high moral Standard not to decieve I live by a Soldier's Code and The U.S. Constitution is Very Dear to me as I am a Combat Veteran and fought for the rights That The New Mexico Corrections Department and Geo Group, Corizon Corp, and Staff and it's Correction officers Violate.

(CASE LAW)

First Amendment and Fourteenth Amendment under Case law:

Washinton Vs. Klem, 497. F.3d at 280: Love lace Vs. LEE, 475 F.3d 174, 187 (4th Cir 2006) Adkins Vs. Kaspar, 393 F.3d 559.570 (5th Cir. 2004) STATES (burden is substantial if it "truely pressures the adherent to signif-icantly modify his behavior of his religion and significantly violate his religious belief's" which occurs "when it either (1) Influences the adherent to act in a way that violates his religious beliefs, or (2) forces the adherent to choose between on the one hand, enjoying some generally available non-trivial benefit, and, on the other hand, following his religious beliefs")

Substantial burden means Situations where "the State puts Substan-tial pressure or an adherent to modify his behavior and to violate his belief." under TURNER ET AL. VS. SAFLEY ET. AL. 482 US. 78 This is "prisoner's right s" That whether a prison regulation that burdens fundamental rights is "reasonably related" to legitimate penological objectives.

(Cont. #3)

under the Test, the degree of scrutiny would depend on "the nature of the right being asserted by prisoners, the type of Activity in which they seek to engage and whether the challenged restriction works a total deprivation (as opposed to a mere limitation) on the exercise of that right". If the activity that was prohibited was dangerous, or if the regulation did not work a total deprivation of the right but merely regulated the time, place, or manner of its expressions, then all that was required to validate the practice was a finding that However if the practice was not dangerous or if the deprivation of the religious practice was complete, a higher level of scrutiny was mandatory: (1) whether there is a logical connection between the restriction and the government interest invoked to justify it; (2) the availability of Alternative means to exercise the restricted rights; (3) the impact that accommodation of the right might have on the other inmates, on prison personnel, and on allocation of prisons resources generally; and (4) whether there are "obvious, easy alternations" to the policy that could be adopted at de minimis cost. O'Lone v. Estate of Shabazz, 482 U.S. 342, 107 S.CT. 2400, 96 L. Ed. 282 (1987) Cooper v. Pate, 378 U.S. 546, 84 S.Ct. 1733, 12 L. Ed 2d 1030 (1964) Cruz v. Beto, 405 U.S. 319, 92 S.Ct. 1079, 31 L. Ed. 2d 263 (1972) Comment, The Religious Rights of the Incarcerated 125 U. PA. L Rev 812, 837-856 (1977) Rasheed v. Commissioner of Correction 446 Mass 463, 845 N.E. 2d 296 (2006).

The Fact is that we Jewish/God fearer's don't have chapel time to practice our Religion we are not alloted the Freedom of a prayer room for our 3 Daily prayers There are many Problems but kosher not Halal meal's. Jewish kosher is different then muslim Halal/kosher as The STATE Believe's it's about PORK but that's not what kosher mean's it's a Ritual a command from YAHWAH to all nations but ISRAEL is The one who must do.

## V. PRAYER

WHEREFORE it is demanded the Court issue judgment against the defendant(s) as follows (I believe The court can make it's own Judgment as it See's fit) That the Court Show that if you break the Law as an officer of the Court as a STATE Employee that you Retaliation will be held to the highest Standard. And I believe a punitive damages in the Amount of $50,000 dollars by each Defendant As my Freedom to me is worth much more as the writ of Habea's Corpus is now under impairment I may Still have a Chance to address The Supreme Court of the United STATES. I leave the Award up too the Judge less or more it is in your Judgement God Bless Shalom!!

Respectfully Submitted,

5-25-16
Date

[signature]
Signature Victor Andrew Apodaca SR
Th.B. M.C.L. "PMI Associate Evangelist

(NOTARY Services are not avaiable to this INMate)

[~~THIS NEXT SECTION MUST BE COMPLETED BEFORE A NOTARY PUBLIC~~]

I, the Affiant, first being duly sworn have read the foregoing pleading and declare that the information contained therein is true and correct to the best of my knowledge.

/s/ [signature] Victor A. Apodaca SR.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that The foregoing is true and correct.

STATE OF NEW MEXICO

COUNTY OF LEA

SUBSCRIBED AND SWORN to before me this 25 day of May, 2016.

~~NOTARY PUBLIC~~

~~My Commission Expires~~:

Not Avaiable To INMate Victor A. Apodaca SR by N.M.C.D. or L.C.C.F.

# LCCF INMATE REQUEST FORM

NAME: Victor Andrew Apodaca Sr. NMCD #: 59185

HOUSING UNIT: H3 POD: E CELL: 115

REQUEST: Inmate Request I am needed a Reciept for two mail payments for Postage Trans # 2408220 5-24-2016 Postage $38.75 and Postage for legal mail Trans. # 2442159 6-17-2016 $25.79 As I have not had any Legal mail process since January or Febuary you have not allowed any So were did these's get Sent I'would like to know. I also need an account Balance Sheet for the past Six months for the Court to order Free process the Court needs it for a new Tort Claim I'm filing because my legal mail is still not allowed to go out of L.C.C.F

SIGNATURE: [signature] DATE: 6-27-16

STAFF RESPONSE:

Would you please send me the 2 debit memos so that I can try to find out where the mail went ~~out~~ to and for how much

STAFF NAME: I Maldonado [signature]
PRINT SIGN

DATE: 6/29/16 Inmate payroll

Until we are notified differently, the process to sending our legal mail is still the same. We are unable to send this out because of insufficient funds.

N. Alaniz [illegible]

Modify Due to Offender Subsidiary Account Details (w_ota_s3_6_1.0)

| Account Number | Balance | Uncleared Amount | Encumbered Amount | Available Balance | Last Transaction |
|---|---|---|---|---|---|
| 23078 | 26.73 | 0.00 | 0.00 | 26.73 | 06/17/2016 |

**Account Name/Description:** INMATE REGULAR SPENDING

**Ledger Account:** DEPOSITS HELD IN TRUST

**Account Type**

- [x] Default Deposit
- [ ] Default Savings
- [x] Allow Forced Savings
- [ ] Interest Bearing

**Disbursement Freeze**

| Reason | Date | User |
|---|---|---|
| MONEY OWED FACILITY | 06/17/2016 | ccf0583 |

**Comment:** PNM ED BUREAU--COPIES 239.25 & PSTG 96.32

By ccf0583 06/17/2016

OK Cancel

your Account is frozen
from PNM

PNM – 239.25
PSTG – 96.32

# LEA COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FOR WITHDRAWAL

DATE ________

(PRINT)

LAST NAME | INMATE NUMBER | $ . TOTAL AMOUNT | UNIT | POD | CELL

FIRST NAME | MI A

INSUFFICIENT FUNDS

________ DOLLARS

**WITHDRAW FUNDS FOR:**

☐ CLUB DONATIONS ☒ COPIES ☐ FAMILY VISIT ☐ FOOD NIGHT ☐ NOTARY ☒ POSTAGE ☐ OUTSIDE PURCHASE ☒ OTHER ________

**PAY TO THE ORDER OF:** ________ NAME

CASE WORKER SIGNATURE or AUTHORIZED PERSONNEL

________ ADDRESS

INMATE SIGNATURE

________ CITY STATE ZIP CODE

WARDEN, BUSINESS MANAGER, MAJOR (or Designee)

# LEA COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FOR WITHDRAWAL

DATE 6-22-16

(PRINT)

LAST NAME: [illegible]

INMATE NUMBER: [illegible]

TOTAL AMOUNT: $ 6.70

UNIT: [illegible] POD: E CELL: [illegible]

FIRST NAME: [illegible] MI: A

DOLLARS

INSUFFICIENT FUNDS

**WITHDRAW FUNDS FOR:**

☐ CLUB DONATIONS ☐ COPIES ☐ FAMILY VISIT ☐ FOOD NIGHT ☐ NOTARY ☒ POSTAGE ☐ OUTSIDE PURCHASE ☐ OTHER [illegible]

**PAY TO THE ORDER OF:** [illegible]

NAME

[illegible]

ADDRESS

[illegible] CITY STATE ZIP CODE

CASE WORKER SIGNATURE or AUTHORIZED PERSONNEL

INMATE SIGNATURE

WARDEN, BUSINESS MANAGER, MAJOR (or Designee)



Dear Mrs Roberson; 6-30-16

Shalom :) I am Sending a new complaint that was sent back for Free process I'd like to inform The Honorable SARAH M. SINGLETON That LEA county correctional Facility is Still not allowing my legal mail to be processed even thou I spoke to B. Burris about the Subject I have an appoint to See Him next week but he is not being allowed to put the new policy's in the Computer because warden Smith will not allow a changed Harddrive to that effect so he told me he would print it out and then I can look at the Paper copy but can not remove it from the Library all I know is that Policy Changed but they Say indigent mean's NO money's on your Book's at all for 30 day's So there is NO way I will be able to Send legal over ¢48 cents I Thought that was the order to allow me to readdress the Courts but they will not do it So I'm filing under the First Amendment and Fourteenth amendment as not only are the Violating due process they are now attack our Religious Programs I have the insurance of the Muslim Faith that we may be able to have a class action against L.C.C.F. but it's not Set in Stone they are filing the apropret Paper's As we speak but

Warden Smith is doing everything in his power to insight a Riot the Inmates here have been arming them Selves Violence is Rampent the drug problem is out of Control and he is doing everything in his power to destroy all work programs Education programs and the Medical Problems are Still the Same it was only a name change the Same doctor is doing the Same thing I must Send the Sumons in another envelope as I can't Send everything at once I have over 75 page's of Exhibits to Send to this Court as The SaNta Fe New mexican had and article about the Death's and lack of treament by Corizon and The STATE New of the problem and turned a blind eyed to the problem I traded my last Bar of Soap for these Stamps if you don't believe they are at fault you can not file the Complaint I don't need another lawSuit I'm Overwhelmed as it is I had to Quiet my Seminary Program because of the Pain it caused my back Seating in Class 4 hours a day because they took me off my Pain medication and will not Help me I Just Saw the Doctor it Took 10 month's to get my diabetic medication please advice me thank you and God Bless "Shalom"

Sincerly an old Soldier

Victor Andrew Anadaca Sr

Th. B. "MCL" PhI associate Evangelist

1-04851-00