IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR ANDREW APODACA,

       Plaintiff,

vs.                                     No. CV 16-01227 WJ/GJF

WARDEN R.C. SMITH, N. ALANIZ,
MRS. MALDONADO, MRS. STRUB,
MAILROOM SUPERVISOR, STEVI
MADERA, GEO GROUP, et al.,

       Defendants.

## JUDGMENT

**THIS MATTER** came before the Court under 28 U.S.C. § 1915(e)(2)(B), Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 41(b) on the Complaint (Tort) and Amended Complaint filed by Plaintiff Victor Andrew Apodaca Sr. and removed to this Court on November 8, 2016 (Doc. 1-1, 1-2), and the Court having entered its Memorandum Opinion and Order dismissing all claims for failure to state a claim on which relief can be granted,

**IT IS ORDERED** that **JUDGMENT** is entered and the Complaint (Tort) and Amended Complaint filed by Plaintiff Victor Andrew Apodaca Sr. (Doc. 1-1, 1-2) and all claims and causes of action are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE